| | | | |
|---|---|---|---|
| AUSA: | Ann Nee | Telephone: | (313) 226-9100 |
| Special Agent: | Lorin Folk | Telephone: | (313) 226-0500 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Joshua Walter Stuempges

Case No. 25-mj-30255

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 26, 2024 to April 3, 2025__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and/or access with intent to view child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Lorin Folk, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 24, 2025

*Judge's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lorin Folk, being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.   I am employed at the Department of Homeland Security, Homeland Security Investigations (HSI) as a Special Agent (SA) and have been so employed since 2012. I have conducted and participated in investigations involving various federal crimes, including child pornography violations.  I have had experience in the investigation, apprehension and prosecution of individuals involved in federal criminal offenses involving the use of cellular devices, computers, and the internet to commit offenses, and the available technology that can be used by law enforcement to assist in examining these devices. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications and the execution of searches and seizures involving computer crimes. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children and child pornography, including violations of Title 18, United States Code, Sections 2251, 2252, and 2252A.

2.   This affidavit is made in support of a criminal complaint and arrest warrant for Joshua Walter Stuempges for violations of 18 USC § 2252A(a)(5)(B) (possession of and/or access with intent to view child pornography).

1

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant.

## PROBABLE CAUSE

4. On or about February 15, 2025, the HSI Detroit Metropolitan Airport office received information from HSI's Cyber Crimes Center (C3), Child Exploitation Investigations Unit (CEIU), regarding an investigative lead from a foreign law enforcement agency.

5. The investigation by the foreign authorities included an undercover agent (UC) covertly operating on Application A. Application A is a social media application that allows users to create accounts and send communications, including text and images, to each other using end-to-end encryption. The UC observed that an Application A user, subsequently identified as Joshua Walter Stuempges, was the administrator of a chat group called "Fans of [Minor Child 1 (MC-1)]" (the "Group Chat").

6. In the Group Chat, Stuempges shared images with other users of a prepubescent female, which he described as MC-1, and exchanged ideas about

2

engaging in sexual activity with MC-1. For instance, in messages in the Group Chat on or about February 7, 2025, the following exchange took place:

> *Stuempges:*   Got everyone caught up on my archive of pics. [User 1] had some fun ideas about breeding her, seeing her little tits and belly swell. [User 2] have some thoughts on eating her out and devouring her tits before their shared boyfriend bends her over and fucks her hard.
>
> Went through the old pics and found a few more to share, nothing particularly spicy but she was so cute at 7,8,9
>
> *Stuempges:*   [Shared approximately eight images depicting a prepubescent female child, approximately 7-9 years old. The images had faces partially obscured. These images included a depiction of the child in a bathing suit and in a camisole style tank top with a sleeping mask on her face.]
>
> *User 1:*   Mmm she was so fucking cute at the age. Almost slipping out of that bathing suit. And that sleep mask. I'd be so tempted to stroke my cock while she sleeps
>
> *Stuempges:*   I'll have to arrange it where we fall asleep together on the couch; I've got some sweat pants where the fly cones unbuttoned super easily. "Accidentally " pop out and let her find my morning wood against her thigh… let her explore [my] hardness while I pretend to be asleep
>
> *User 1:*   [Shared a video depicting an apparent prepubescent female performing oral sex on an unidentified male.]
>
> *User 1:*   Make it a little game. You put different things in her mouth and she has to guess with her sleep mask on. Before she knows it you're slipping all kinds of things in her pretty mouth

7. Based on my training and experience, the video shared to the chat group by User 1 meets the federal definition of child pornography.

3

8. Stuempges and the UC exchanged additional messages with each other between approximately January 17, 2025, and February 11, 2025. On or about February 4, 2025, Stuempges made the following statements about his sexual interest in minors:

*Stuempges:*   *Tweens are the sweet spot but it won't stop me from rubbing one out to a 6 or 16 year old*

*I like exhibitionists, public nudity or excessive sluttiness. Less because of seeing the goods – I can see that any time I want on my phone – but because the girl decided to show the gooods*

*I've got a size difference fetish; tiny girl and a big dick or toy is just \*hot\**

*And any of that goes double if it's in her ass*

*BDSM is a big plus too, but I'm not into outright rape or crying. Which is where most of the BDSM kiddie porn ends up, unfortunately. […]*

*Not into boys, scat, babies, miserable / dead inside kids, or feet. No judgement if that's what others are into and I won't bitch about it if that's what the day's special is, but not my thing.*

9. Also, on or about February 4, 2025, Stuempges made the following statement to the UC while discussing engaging in sexual activity with minors:

*Stuempges*:   *We can't always do the smart thing*

   *[…]*

*Stuempges*:   *Sometimes it's not so urgent but when I get on a kick I'm thinking about fucking her every hour at least.*

4

10. Additional investigation allowed agents to associate the Application A user with a residence in the Eastern District of Michigan where Stuempges lived. Law enforcement subsequently determined that Stuempges had recently completed a move from his Michigan residence to a new residence in Wisconsin in or around March 2025.

11. Based on this and other information, on or about April 3, 2025, federal agents obtained and executed a federal search warrant at Stuempges' new residence in Wisconsin. During the search warrant, agents seized numerous electronic devices and storage media. Amongst these devices was Stuempges' cellular phone, which was seized from his person.

12. During an initial forensic examination of Stuempges' cellular phone, agents found indicators that Stuempges had used Application A on the cell phone, including log entries and file remnants that were associated with Application A. Agents also located several of the photographs alleged to be of MC-1, which appeared visually similar to those that the Application A user had posted in the Group Chat and sent in direct messages to the UC. In one of these instances, agents found two versions of the photograph on Stuempges' cell phone: one version with the child's face obscured, which was visually the same as the image that Stuempges had distributed on Application A, and an original version of the photograph where the face was not obscured.

5

13. Agents also located approximately two thumbnail images of child pornography on Stuempges' cellular phone. The associated creation dates for these images were between on or about August 26, 2024, and on or about January 19, 2025. Based on my training and experience, and the training and experience of other agents with training in cell phone forensic analysis, a thumbnail image is a smaller version of an image file that is created by the device, for example to facilitate allowing a user to scroll through many images quickly in a cell phone's photo gallery. One of the thumbnail images, with a creation date on or about January 19, 2025, that meets the federal definition of child pornography is described as follows: A nude minor female, approximately 12 to 14 years of age, is laying on her back with her left leg bent at the knee and her left hand holding her left foot near her head. The minor female's legs are spread exposing her vagina.

14. Agents also viewed Stuempges' internet browsing history and saw that Stuempges had used his cellular phone to access a link for Cloud Application B on or about January 16, 2025. Based on my training and experience, Cloud Application B allows users to create accounts and upload files, including pictures and videos, to cloud storage accessed through the internet. Users of Cloud Application B can create and share links that allow other people to access and view files or groups of files that are stored on Cloud Application B. Cloud Application B

may remove content that violates its terms of use, including child sexually abusive material.

15. On or about April 16, 2025, agents attempted to access the Cloud Application B internet link found on Stuempges' phone. The original content of the link was no longer available, but the link redirected to a notice on Cloud Application B's site stating that the content had been removed because the folder or file was reported to contain illegal/objectionable content. The notice also offered a link that provides support for those with concerns about thoughts or behavior regarding sexual images of children.

16. Location data stored on the device showed that the device was located in the geographic area around Stuempges' Michigan residence in the Eastern District of Michigan on January 20, 2025.

## CONCLUSION

I submit that this affidavit supports probable cause for a complaint and arrest warrant for Joshua Walter Stuempges for violations of 18 USC § 2252A(a)(5)(B) (possession of and/or access with intent to view child pornography).

Respectfully submitted,

_____
Lorin Folk
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence,
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

April 24, 2025